UNITED STATES DISTRICT COURT      EASTERN DISTRICT OF TEXAS

KEENAN DEWAYNE MOORE, §
§
    Plaintiff, §
§
versus §      CIVIL ACTION NO. 9:20-CV-121
§
ANITRA LINDLEY, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Keenan Dewayne Moore, an inmate confined at the Eastham Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying the defendants' motion to dismiss. To date, the parties have not filed objections to the report.

    The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

    Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. It is

    **ORDERED** that the defendants' motion to dismiss is **DENIED**.

    SIGNED at Beaumont, Texas, this 27th day of March, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE